**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN C. DEY,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DITECT FINANCIAL, LLC, and TRANS UNION LLC,<br><br>                    Defendants. | Case No. 2:18-cv-00503-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Kathleen C. Dey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 19, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 11, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.  Plaintiff has agreed to extend the deadline in which Trans Union has to

1   answer or otherwise respond to Plaintiff's Complaint up to and including May 11, 2018. This is

2   the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

3   DATED this 5th day of April, 2018

4   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

5

6   ___/s/ *Jason G. Revzin*_____

7   Jason G. Revzin
    Nevada Bar No. 8629

8   6385 South Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

9   Telephone: (702) 893-3383
    Facsimile:  (702) 893-3789

10  Email: Jason.revzin@lewisbrisbois.com
    Counsel for Trans Union LLC

11
    DATED this 5th day of April, 2018

12
    **KNEPPER & CLARK LLC**

13

14

15  ___/s/ *Miles N. Clark*_____
    Matthew I. Knepper

16  Nevada Bar No. 12796
    Miles N. Clark

17  Nevada Bar No. 13848
    10040 W. Cheyanne Ave., Suite 170-109

18  Las Vegas, NV 89129
    Telephone: (702) 825-6060

19  Facsimile: (702) 447-8048

20  Email: matthew.knepper@knepperclark.com
    Email: miles.clark@knepperclark.com

21  Counsel for Plaintiff

22                                    **ORDER**

23       IT IS HEREBY ORDERED that Trans Union LLC shall have up to and including May

24  11, 2018, in which to respond to Plaintiff's Complaint.

25       Dated this __6th__ day of April, 2018.

26

27  _____
    UNITED STATES MAGISTRATE JUDGE

28