# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN C. DEY, | Case No.: 2:18-cv-00503-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 31) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Experian Information Solutions, Inc.'s notice of settlement. Docket No. 31. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 2, 2018.

IT IS SO ORDERED.

Dated: July 3, 2018

　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
United States Magistrate Judge

1