Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN C. DEY,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; DITECH FINANCIAL, LLC; and TRANS UNION LLC,<br><br>        Defendant. | Case No.: 2:18-cv-00503-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff Kathleen C. Dey ("Plaintiff"), by and through his counsel of record, and Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

    1.    On March 19, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

2. On May 11, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 13].

3. On May 25, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 19].

4. On May 29, 2018, the Court denied Trans Union's Motion to Dismiss Complaint.

5. On June 4, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 25].

6. On June 18, 2018, the Court granted the parties' first stipulation for extension of time. ECF Dkt. 24.

7. Plaintiff's Response is due July 9. 2018.

8. Plaintiff and Trans Union have agreed to extend Plaintiff's response an additional fourteen days in order to allow the parties to further discuss possible resolution of this matter. Given the intervening Fourth of July holiday, it may not be possible to conclude negotiations prior to the time the response is due on July 9. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 23, 2018**. This is the second request for seeking an extension, and

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 3, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 2

is not made for purposes of delay.

**IT IS SO STIPULATED**.
July 3, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| 10040 W. Cheyanne Ave., Suite 170-109 | Email: jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | *Counsel for Defendant Trans Union LLC* |
| matthew.knepper@knepperclark.com | |
| miles.clark@knepperclark.com | |
| | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |
| **NAYLOR & BRASTER** | **WOLFE & WYMAN LLP** |
| /s/ *Andrew J. Sharples* | /s/ *Andrew S. Bao* |
| Jennifer L. Braster, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 9982 | Nevada Bar No. 10508 |
| Andrew J. Sharples, Esq. | 6757 Spencer Street |
| Nevada Bar No. 12866 | Las Vegas, NV 89119 |
| 1050 Indigo Drive, Suite 200 | Email: aabao@wolfewyman.com |
| Las Vegas, NV 89145 | *Counsel for Defendant Ditech Financial, LLC* |
| Email: jbraster@nblawnv.com | |
| Email: asharples@nblawnv.com | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

**ORDER**
**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 3