UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN C. DEY,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-00503-NJK<br><br>**Order**<br><br>(Docket No. 38) |

Before the Court is Plaintiff and Defendant Trans Union LLC's notice of settlement. Docket No. 38. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 17, 2018.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1