# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KATHLEEN C. DEY,

    Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants

Case No.: 2:18-cv-00503-APG-NJK

**Order Denying Motions as Moot**

[ECF Nos. 20, 25]

In light of the notice of settlement (ECF No. 38),

IT IS ORDERED that defendant Trans Union, LLC's motions to consolidate **(ECF No. 20)** and to dismiss **(ECF No. 25) are DENIED as moot**.

DATED this 20th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE